IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHANNEL AWEAU, individually, and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMCAST CABLE COMMUNICATIONS, LLC, | : | |
| | : | |
| Defendant. | : | NO. |
| | : | |

**DEFENDANT COMCAST CABLE COMMUNICATIONS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Comcast Cable Communications, LLC discloses that it is an indirectly, wholly-owned subsidiary of Comcast Corporation. Comcast Corporation does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated:  December 31, 2021

/s/ Seamus C. Duffy
Seamus C. Duffy (ID No. 52501)
Julie A. Busta (ID No. 311933)
Akin Gump Strauss Hauer & Feld LLP
1735 Market Street
12th Floor
Philadelphia, PA  19103
Tel:  215-965-1200
Fax: 215-965-1210
sduffy@akingump.com
jbusta@akingump.com

*Attorneys for Defendant*
*Comcast Cable Communications, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on December 31, 2021, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be filed with the Court's CM/ECF system, which served notice on all counsel of record.

      /s/ Seamus C. Duffy
      Seamus C. Duffy