IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANNEL AWEAU : Civil Action
:
v. :
:
COMCAST CABLE :
: No.: 2:21-cv-05675-PD
COMMUNCATIONS, LLC

ORDER

AND NOW, this          day of                    20      , it is hereby

ORDERED that the application of Michael L. Greenwald                    , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:21-cv-5675-PD

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Michael L. Greenwald** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number cc_____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Florida | 10/14/2004 | 761761 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See Ex. A | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Plaintiff**

(Applicant's Signature)

Date: 02/02/2022

Name of Applicant's Firm: Greenwald Davidson Radbil PLLC
Address: 7601 N. Federal Highway, Suite A-230
Telephone Number: 561.826.5477
Email Address: mgreenwald@gdrlawfirm.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/02/2022

(Applicant's Signature)

04/20

## COURT ADMISSIONS

| Name of State or Federal Bar or Court (Bar number) | Date Admitted | In Good Standing |
|---|---|---|
| Florida (761761) | 10/14/2004 | Yes |
| Southern District of Florida | 04/18/2006 | Yes |
| Middle District of Florida | 10/08/2006 | Yes |
| Northern District of Florida | 05/11/2011 | Yes |
| District of Colorado | 06/2012 | Yes |
| Eastern District of Wisconsin | 10/2006 | Yes |
| Eastern District of Michigan | 12/2013 | Yes |
| Western District of Michigan | 04/06/2015 | Yes |
| Northern District of Indiana | 02/05/2015 | Yes |
| Eastern District of Arkansas | 05/13/2015 | Yes |
| Western District of Arkansas | 05/13/2015 | Yes |
| Southern District of Indiana | 10/28/2015 | Yes |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michael L. Greenwald to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Max S. Morgan
(Sponsor's Name)

(Sponsor's Signature)

10/30/2013
(Admission date)

316096
(Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1528 Walnut Street, 4th Floor

Philadelphia, PA 19102

Tel: (267) 587-6274

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/2/2022
              (Date)

(Sponsor's Signature)