IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANNEL AWEAU, individually, and on behalf of all others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| COMCAST CABLE COMMUNICATIONS, LLC, | : | |
| Defendant. | : | NO. 2:21-cv-05675 |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR MOVE**

Pursuant to Local Rule 7.4(b), Plaintiff, Channel Aweau and Defendant, Comcast Cable Communications, LLC, by and through their undersigned counsel, stipulate and agree that Defendant's time to answer, move, or otherwise respond to the First Amended Class Action Complaint (Dkt. 8) will be extended to and including March 9, 2022. The parties request this additional time because Plaintiff amended her complaint on February 2, 2022, three days before Comcast's responsive pleading was otherwise due and Plaintiff revised the allegations in her amended complaint, including the class definition. This is the first stipulation for an extension of time for the First Amended Class Action Complaint; no prior extension has been granted for this complaint.

Dated:  February 9, 2022

| | |
|---|---|
| /s/ Max S. Morgan<br>Eric H. Weitz (ID No. 65514)<br>Max S. Morgan (ID No. 316096)<br>1528 Walnut Street, 4th Floor<br>Philadelphia, PA  19102<br>Tel:  267-587-6240<br>Fax:  215-689-0875<br>max.morgan@theweitzfirm.com<br><br>Michael L. Greenwald *(Pro Hac Vice)*<br>Greenwald Davidson Radbil PLLC<br>7601 N. Federal Highway, Suite A-230<br>Boca Raton, FL  33487<br>Tel:  561-826-5477<br>mgreenwald@gdrlawfirm.com<br><br>Anthony Paronich *(Pro Hac Vice)*<br>350 Lincoln Street, Ste. 2400<br>Hingham, MA  02043<br>Tel:  508-221-1510<br>anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff*<br>*Channel Aweau* | /s/ Seamus C. Duffy<br>Seamus C. Duffy (ID No. 52501)<br>Julie A. Busta (ID No. 311933)<br>Akin Gump Strauss Hauer & Feld LLP<br>1735 Market Street<br>12th Floor<br>Philadelphia, PA  19103<br>Tel:  215-965-1200<br>Fax: 215-965-1210<br>sduffy@akingump.com<br><br>*Attorneys for Defendant*<br>*Comcast Cable Communications, LLC* |

So Ordered:

_____
Hon. Paul S. Diamond

2

## CERTIFICATE OF SERVICE

I certify that on February 9, 2022, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

    /s/ Seamus C. Duffy