IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANNEL AWEAU, on behalf of herself and others similarly situated,<br>Plaintiff, | :<br>:<br>: | |
| v. | :<br>: | Civ. No. 21-5675 |
| COMCAST CABLE COMMUNICATIONS, LLC,<br>Defendant. | :<br>:<br>:<br>: | |

## O R D E R

**AND NOW**, this 11th day of March, 2022, it is hereby **ORDERED** that a virtual Case Management Conference shall be held on **Thursday, March 31, 2022 at 11:00 a.m. Plaintiff and a Representative of Defendant with full authority to settle the case must attend. Lead Counsel for both Parties shall attend and shall be prepared to discuss scheduling and settlement in this matter.**

          **AND IT IS SO ORDERED.**

          */s/ Paul S. Diamond*
          Paul S. Diamond, J.