IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANNEL AWEAU, individually, and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMCAST CABLE COMMUNICATIONS, LLC, | : | |
| | : | |
| Defendant. | : | NO. 2:21-cv-05675 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Channel Aweau ("Plaintiff") and Defendant Comcast Cable Communications, LLC, hereby stipulate to the dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims. Each party shall bear its own attorneys' fees and costs.

## ATTESTATION PURSUANT TO LOCAL RULE 5.1.2(9)(c)

Pursuant to Local Rule 5.1.2(9)(c), the undersigned attorneys have consented to the filing of this document by counsel for Plaintiff.

Dated: May 19, 2022                                  Respectfully submitted,

*/s/ Seamus C. Duffy*                                */s/ Max S. Morgan*
Seamus C. Duffy (ID No. 52501)              Max S. Morgan
Julie A. Busta (ID No. 311933)                Eric H. Weitz
Akin Gump Strauss Hauer & Feld LLP    THE WEITZ FIRM, LLC
1735 Market Street, 12th Floor               1528 Walnut Street, 4th Floor
Philadelphia, PA  19103                          Philadelphia, PA  19102
Tel.: 215-965-1200                                 max.morgan@theweitzfirm.com
Fax: 215-965-1210                                 eric.weitz@theweitzfirm.com
sduffy@akingump.com
jbusta@akingump.com

1

/s/ Michael J. Stortz
Michael J. Stortz (*pro hac vice*)
Marshall L. Baker (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Tel.: 415-765-9500
Fax: 415-765-9501
mstortz@akingump.com
mbaker@akingump.com

Attorneys for Defendant
Comcast Cable Communications, LLC

/s/ Michael L. Greenwald
Michael L. Greenwald (pro hac vice)
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, FL  33487
mgreenwald@gdrlawfirm.com

/s/ Anthony I. Paronich
Anthony I. Paronich (pro hac vice)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
anthony@paronichlaw.com

Attorneys for Plaintiff
Channel Aweau